Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★　★　★　★　★

# MEMORANDUM OPINION

No. 04-09-00341-CR

John Paul **GOMEZ,**
Appellant

v.

**STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CR-11706
Honorable Sharon MacRae, Judge Presiding

PER CURIAM

Sitting:　　Karen Angelini, Justice
　　　　　　Sandee Bryan Marion, Justice
　　　　　　Phylis J. Speedlin, Justice

Delivered and Filed: August 12, 2009

DISMISSED

Pursuant to a plea-bargain agreement, appellant John Paul Gomez pled guilty to aggravated assault on a public servant and was sentenced to twenty years imprisonment in accordance with the terms of his plea-bargain agreement. The trial court signed a certification of defendant's right to appeal stating that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2).

Rule 25.2(d) provides that "[t]he appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules." TEX. R. APP. P. 25.2(d). Thus, this court issued an order stating Gomez's appeal would be dismissed unless an amended trial court certification showing that Gomez had the right of appeal was made part of the appellate record. *See Daniels v. State*, 110 S.W.3d 174, 177 (Tex. App.—San Antonio 2003, order); TEX. R. APP. P. 25.2(d); 37.1. No amended trial court certification has been filed. Instead, Gomez's appellate counsel has filed a letter stating she has reviewed the appellate record and "this court has no choice but to dismiss the appeal." In light of the record presented, we agree with Gomez's counsel that Rule 25.2(d) requires this court to dismiss the appeal. Accordingly, the appeal is dismissed.

PER CURIAM

DO NOT PUBLISH